IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILORAD OLIC,** | Case No. 2:16-cv-2128-KJM-EFB P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **R. CHACON, et al.,** | |
| Defendants. | |

The Court, having considered the Defendants' motion to stay discovery, and good cause appearing:

**IT IS HEREBY ORDERED** that Defendants' motion to stay merits-based discovery is **GRANTED**. All merits-based discovery is stayed until further order of the Court.

Dated: May 14, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE